UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Huf Baolong Electronics
North America Corp.,

    Plaintiff,

v.                                      Case No.  21-11451

The Hanover Insurance Company,     Sean F. Cox
                                                      United States District Court Judge

    Defendant.
_____/

## ORDER REGARDING RECENTLY-FILED MOTION FOR SUMMARY JUDGMENT

This Court's Practice Guidelines, which are incorporated into the Scheduling Order issued in this case, expressly require the following as to all motions for summary judgment:

    a.  The moving party's papers shall include a separate document entitled Statement of Material Facts Not in Dispute.  The statement shall list in separately numbered paragraphs concise statements of each undisputed material fact, supported by appropriate citations to the record. . .

    b.  In response, the opposing party shall file a separate document entitled Counter-Statement of Disputed Facts.  The counter-statement shall list in separately numbered paragraphs following the order or the movant's statement, whether each of the facts asserted by the moving party is admitted or denied and shall also be supported by appropriate citations to the record.  The Counter-Statement shall also include, in a separate section, a list of each issue of material fact as to which it is contended there is a genuine issue for trial.

    c.  All material facts as set forth in the Statement of Material Facts Not in Dispute shall be deemed admitted unless controverted in the Counter-Statement of Disputed Facts.

(*See* Scheduling Order at 2-3). The first page of the Scheduling Order also expressly cautions Counsel to "**SEE ATTACHED PRACTICE GUIDELINES BEFORE FILING ANY MOTION** *** If you fail to comply with those guidelines, the motion (or response) will not be

considered as timely and will not be heard." (*Id*. at 1) (emphasis in original).

On June 22, 2022, Plaintiff filed a Motion for Summary Judgment in this action but the motion *does not* comply with the above requirements.

The Court hereby **ORDERS** that: 1) Plaintiff must file a Statement of Material Facts Not In Dispute, in support of the already-filed motion for summary judgment, within **SEVEN (7) DAYS** of this order or the motion **WILL BE STRICKEN** from the Docket.

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  July 5, 2022